**Patricio R. MAMOT, Plaintiff–Appellant,**

v.

**BOARD OF REGENTS, New York State Education Department, University of the State of New York, Defendants–Appellees.**

**Docket No. 01–9099.**

United States Court of Appeals, Second Circuit.

June 11, 2002.

Patricio R. Mamot, NY, pro se.

David Axinn, Ass't Sol. Gen., N.Y., NY, for Appellees.

Present KEARSE, McLAUGHLIN, Circuit Judges, and HAIGHT, District Judge.*

### *SUMMARY ORDER*

This cause came on to be heard on the record from the United States District Court for the Eastern District of New

---

* Honorable Charles S. Haight, Jr., of the United States District Court for the Southern District of New York, sitting by designation.

York, and was argued by plaintiff *pro se* and by counsel for defendants.

ON CONSIDERATION WHEREOF, it is now hereby ordered, adjudged, and decreed that the judgment of said District Court be and it hereby is affirmed substantially for the reasons stated in Judge Block's Memorandum and Order dated July 25, 2001.

We have considered all of plaintiff's contentions on this appeal and have found them to be without merit. The judgment of the district court is affirmed.